## MOODY v. STATE.
### No. 18927.

Court of Criminal Appeals of Texas.
April 7, 1937.

C. C. McKinney, of Cooper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile on a public highway while under the influence of intoxicating liquor; punishment, a fine of $50.

The record is here without statement of facts or bills of exceptions.

All matters of procedure appearing regular, the judgment will be affirmed.